IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 97-H-1760-S ) |
| KATHY M. GOODMAN, | ) ) |
| Defendant. | ) |

FILED

97 OCT -2 PM 12: 10

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

OCT - 2 1997

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Kathy M. Goodman, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant, Kathy M. Goodman, on July 20, 1997; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Kathy M. Goodman, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Kathy M. Goodman, is indebted to Plaintiff in the principal sum of $2,679.60, costs of $40.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), accrued interest of $2,505.57 as of September 30, 1997, plus interest at the prevailing legal rate from the date of judgment.

4. Plaintiff is due to recover from Defendant, Kathy M. Goodman, the total sum of



$5,375.17, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this the __2nd__ day of __OCTOBER__, 1997.

_____
SENIOR UNITED STATES DISTRICT JUDGE